# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00232-CV

**In re Roy Edward Addicks, Jr.**

### ORIGINAL PROCEEDING FROM FAYETTE COUNTY

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

Before Justices Puryear, Pemberton and Rose

Filed: April 28, 2011